1 | **DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
2 | PMB #413
7320 NORTH LA CHOLLA #154
3 | TUCSON AZ 85741
Telephone (520)544-9094
4 | Fax (520)544-7894

# UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 13 PROCEEDINGS |
| JOSHUA D. DEWITT | ) Case No.: 05-01111-TUC-EWH |
| | ) **Application for Payment of Unclaimed Funds to the U.S. Bankruptcy Court** |
| Debtor | ) |

Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| Check No. | Date Issued | Debtor/Creditor Name and Address | Amount |
|---|---|---|---|
| 203494 | 01/29/2010 | BURTON LEATHER & ASSOC<br>706 E. BELL RD #111<br>PHOENIX, AZ 85022 | $106.70 |
| | | **Total** | **$106.70** |

The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $106.70 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 05/25/2010

**/s/ Dianne C. Kerns, #011557**
Dianne C. Kerns, Esq.
Chapter 13 Trustee